AFFIDAVIT OF PROCESS- INDIVIDUAL
United States District Court
United States Southern District of New York

Hanfords Creations, LLC.              **Plaintiff**

Vs.                                   Case No. 07-CIV-9675

Christopher Chagaris                  **Defendant**

State of North Carolina )
County of Mecklenburg )

Larry D. Sanderson, undersigned, being duly sworn, deposes and says that at the time of service, he was over the age of twenty-one, was not a party to the action.

On the 8th day of February 2008 at 4:57 PM

At: 200 Elysian Dr., Mooresville, N.C.

The undersigned served the documents described as: **Summons in a civil case, Verified Complaint, Verification**

A true and correct copy of the aforesaid document(s) was served on: **Christopher Chagaris**

XXXX By Personally delivering them into the hands of the person to be served

The person receiving documents is described as follows:
**Sex: Male    Race: White    Approx. Age: 37-42    Approx. Height: 5'7"-5'9"**
**Approx. Weight: 180-200    Hair Color: Brown**

To the best of my knowledge and belief said person was not engaged in the U.S. Military at the time of service.

Undersigned declares under penalty of perjury         Subscribed and sworn to
That the foregoing is true and correct.              Before me this
                                                     Day of Feb. 2008

_(signature)_ 2/11/08                                _(signature)_

Signature of Server         Date                     Notary Public
                                                     Comm. Expires:

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

AFFIDAVIT OF PERSONAL SERVICE

**PERSONALLY APPEARED** before me, the undersigned authority, Sgt. J. Carter
Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of Mecklenburg, State of North Carolina, serving the defendants by the laws governing service of Civil Process within the State of North Carolina, he delivered to the within named defendant(s) at the following time(s) and place(s) to wit:

**Defendant /Respondent:** Christopher Chagaris          **Case No:** 07 CVI 9675

☐ was served by delivering to the defendant/respondent named above a copy of the Complaint on the listed date and time listed above.

☐ by leaving a copy of the _____ for the defendant / respondent listed above at the address of _____ on the date and time listed above.

☒ the defendant was not served for the following reason: After four attempts (1/7/08), (1/11/08), (1/17/08) and (1/22/08) to serve Christopher Chagaris at 710 Northeast Drive, I was unseccful to serve him personally. I have left cards at the listed address but no responses. The property door was lock with little furniture visible. Therefore I was unable to locate the listed name.

Daniel E. Bailey, Jr., Chief Deputy Sheriff          By: _____ J. Carter 774
Mecklenburg County, NC                                      Deputy Sheriff
                                                            Mecklenburg County Sheriff's Office

Sworn to and subscribed before me,

This 04 day of February 2008

_Adrienne R. Standera_
Notary Public- Mecklenburg County NC

My Commission expires: April 30, 2011

(Notary Seal: ADRIENNE R. STANDERA, NOTARY PUBLIC, My Comm. Exp. April 30, 2011, MECKLENBURG COUNTY, N.C.)