Robinson, J

VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
(212) 826-6800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HANFORDS CREATIONS, LLC,

          Plaintiff,

  -against-

CHRISTOPHER CHAGARIS,

          Defendant.
-----------------------------------------------------------x

Case No. 07 Civ. 9675 (SCR) (LMS)

**STIPULATION AND ORDER**
EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and for defendant that defendant's time to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended to and including March 21, 2008 and that defendant will not contest the sufficiency of the service of process in this action.

Dated: New York, New York
       February 27, 2008

JOHN M. VOELP, ESQ.

By: _____
    John M. Voelp
8 John Walsh Blvd., Suite 411
Peekskill, NY 10566
(914) 739-9500
*Attorneys for Plaintiff*

VENTURINI & ASSOCIATES

By: _____
    August C. Venturini (AV 2804)
    Sean W. Higgins (SH 4190)
230 Park Ave., Suite 545
New York, NY 10169
(212) 826-6800
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.

DATED. 2/29/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
D: