VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
(212) 826-6800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANFORDS CREATIONS, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CHRISTOPHER CHAGARIS, <br><br> Defendant. | Case No. 07 Civ. 9675 (SCR) (LMS) <br><br> **NOTICE OF MOTION** |

     PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christopher Chagaris, dated March 18, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law dated March 20, 2008, and all prior pleadings and proceedings had herein, defendant Christopher Chagaris will move this Court before the Honorable Stephen C. Robinson, United States District Judge, at the United States Courthouse, 300 Quarropas St., Courtroom 633, White Plains, NY 10601, on a date to be determined, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order: (1) pursuant to Fed. R. Civ. P. 12(b)(3), dismissing the Complaint with prejudice based on improper venue; (2) pursuant to Fed. R. Civ. P. 12(b)(2), dismissing the Complaint with prejudice for lack of personal jurisdiction; or (3) in the alternative, pursuant to 28 U.S.C. §§ 1404(a) and/or 1406(a), transferring this action to the United States District Court for the Western District of North Carolina; and (4) pursuant to Fed. R. Civ. P. 12(b)(1), dismissing the Complaint with prejudice for lack of subject matter

jurisdiction, as Plaintiff has failed to establish diversity and standing; and (5) granting such other and further relief as to this Court seems just and proper.

Dated: New York, New York
   March 20, 2008

               VENTURINI & ASSOCIATES

               By: _____
                August C. Venturini (AV 2804)
                Sean W. Higgins (SH 4190)
               230 Park Ave., Suite 545
               New York, NY 10169
               (212) 826-6800
               *Attorneys for Defendant*

JOHN M. VOELP, ESQ.
8 John Walsh Blvd., Suite 411
Peekskill, NY 10566
(914) 739-9500
*Attorney for Plaintiff*