VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY  10169
(212) 826-6800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANFORDS CREATIONS, LLC,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CHRISTOPHER CHAGARIS,<br><br>                    Defendant. | Case No. 07 Civ. 9675 (SCR) (LMS)<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE, that the undersigned hereby appears as lead counsel for defendant Christopher Chagaris in the above-captioned action and requests that all future papers to be served in this action be served upon the undersigned at the address set forth below.

Dated: New York, New York
       March 21, 2008

                                VENTURINI & ASSOCIATES


                                By: s/ August C. Venturini
                                   August C. Venturini (AV 2804)
                                230 Park Ave., Suite 545
                                New York, NY 10169
                                Tel.: (212) 826-6800
                                E-mail: acv@venturini-law.com
                                *Attorneys for Defendant*