VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
(212) 826-6800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
HANFORDS CREATIONS, LLC,                          Case No. 07 Civ. 9675 (SCR) (LMS)

            Plaintiff,

   -against-                                              **STIPULATION RE: BRIEFING**
                                                               **SCHEDULE OF DEFENDANT'S**
                                                               **MOTION TO DISMISS**

CHRISTOPHER CHAGARIS,

            Defendant.
--------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, the Briefing Schedule for Defendant's Motion to Dismiss shall be as follows: Defendant's moving papers shall be filed and served on or before March 21, 2008; Plaintiff's opposition papers shall be filed and served on or before April 18, 2008; and Defendant's reply papers shall be filed and served on or before May 2, 2008.

    This stipulation may be filed with the Court with electronic signatures of counsel.

Dated: New York, New York
         March 12, 2008

JOHN M. VOELP, ESQ.                              VENTURINI & ASSOCIATES

By: _____                    By: _____
    John M. Voelp                                    August C. Venturini (AV 2804)
8 John Walsh Blvd., Suite 411                    Sean W. Higgins (SH 4190)
Peekskill, NY 10566                              230 Park Ave., Suite 545
(914) 739-9500                                   New York, NY 10169
*Attorneys for Plaintiff*                        (212) 826-6800
                                                                      *Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.        3/25/08

MAR 19 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.