JOHN M. VOELP, ESQ.
8 JOHN WALSH BLVD., SUITE 411
PEEKSKILL, NEW YORK 10566
(914) 739-9500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
HANFORDS CREATIONS, LLC,                Case No. 07 Civ. 9675 (SCR) (LMS)

       Plaintiff,

  -against-                                **STIPULATION RE: AMENDING BRIEFING SCHEDULE OF DEFENDANT'S**
CHRISTOPHER CHAGARIS,                   **MOTION TO DISMISS**

       Defendant.
------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, the Briefing Schedule for Defendant's Motion to Dismiss shall be amended as follows: Plaintiff's Answer to Defendant's moving papers shall be filed and served on or before May 9, 2008; and Defendant's reply papers shall be filed and served on or before May 30, 2008.

    This stipulation may be filed with the Court with electronic signatures of counsel.

Dated: Peekskill, New York
       April 16, 2008

JOHN M. VOELP, ESQ.

By: _/s/ John M. Voelp_
  John M. Voelp (JV5376)
8 John Walsh Blvd., Suite 411
Peekskill, NY 10566
(914) 739-9500
*Attorneys for Plaintiff*

VENTURINI & ASSOCIATES

By: _/s/ August C. Venturini_
  August C. Venturini (AV 2804)
  Sean W. Higgins (SH 4190)
230 Park Ave., Suite 545
New York, NY 10169
(212) 826-6800
*Attorneys for Defendant*

SO ORDERED:

_/s/ Stephen C. Robinson_
_____
U.S.D.J.

April 21, 2008
White Plains, NY

DATE FILED: