JOHN M. VOELP, ESQ.
8 JOHN WALSH BLVD., SUITE 411
PEEKSKILL, NEW YORK 10566
(914) 739-9500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| HANFORDS CREATIONS, LLC, | Case No. 07 Civ. 9675 (SCR) (LMS) |
| Plaintiff, | |
| -against- | STIPULATION RE: AMENDING BRIEFING SCHEDULE OF DEFENDANT'S |
| CHRISTOPHER CHAGARIS, | **MOTION TO DISMISS** |
| Defendant. | |

-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, the Briefing Schedule for Defendant's Motion to Dismiss shall be amended as follows: Plaintiff's Answer to Defendant's moving papers shall be filed and served on or before June 16, 2008; and Defendant's reply papers shall be filed and served on or before July 14, 2008.

This stipulation may be filed with the Court with electronic signatures of counsel.

Dated: Peekskill, New York
       May 12, 2008

JOHN M. VOELP, ESQ.

By: _____
     John M. Voelp
8 John Walsh Blvd., Suite 411
Peekskill, NY 10566
(914) 739-9500
*Attorneys for Plaintiff*

VENTURINI & ASSOCIATES

By: _____
     August C. Venturini
     Sean W. Higgins
230 Park Ave., Suite 545
New York, NY 10169
(212) 826-6800
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.                    5/28/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED