# Exhibit A

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

February 14th, 2006

Chagaris Law Firm, PA.
P.O. Box 1408
Davidson, NC 28036

*By Fax 704-894-9673*

Re:   **KA v Hawthorne Mills**

Dear Ms. Chagaris,

    I am writing because I cannot advise Carl Mancini in any way on the status of the North Carolina matter. He received a note from you that the litigation was "jinxed." I had previously told Carl Mancini that we had withdrawn the first action in order to take away jurisdiction from the Court and discontinue the pending hearing. I had also informed Carl that you filed a subsequent complaint which we were going to pursue. Carl did receive a copy from you of the summons in the new matter.

    I have called and written to you over the past year to co-ordinate the prosecution of the new case but you have not called me back. Carl has at issue almost $2,000,000.00 and he is growing considerably impatient at my inability to tell him what is going on. Please share the information with me so that I can help. I cannot keep him patient when I do not know what is going on. Thank you.

Sincerely,

Charles J. Diven, Jr., Esq.

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone: (914) 455-2909