# Exhibit B

```
Content-Type: multipart/mixed; boundary="part3_228.ac3c743.319f4e85_boundary"
X-Mailer: 9.0 Security Edition for Windows sub 5301
```

Please advise

```
Return-path: <CHRISTMASDECO@aol.com>
From: CHRISTMASDECO@aol.com
Full-name: CHRISTMASDECO
Message-ID: <437.d5c303.31975cfa@aol.com>
Date: Sat, 13 May 2006 12:02:02 EDT
Subject: JUNE 17th meeting
To: chris.chagaris@att.net
CC: divenlawoffice@verizon.net, cjdiven@VERIZON.NET
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----------------------------1147536121"
X-Mailer: 9.0 Security Edition for Windows sub 5301
```

Dear Chris:

When we had our last conference call we decided the way the legal system works in North Carolina it is impossible to choose a date during the week to meet as you can be called away at anytime and no real way of avoiding this.
We decided a Saturday in June would make the most sense.

Any week in June would be fine. CJ & I have tentatively chose June 17th.

We are assuming from our conversation that you would fly up.
You are correct that US Air has flights all day long and there would be no problem choosing a flight.

Please confirm ASAP so we all can plan our schedules.

Have a nice weekend.
/
Carl

## Christina Lopez

| | |
|---|---|
| **From:** | <CHRISTMASDECO@aol.com> |
| **To:** | <chris.chagaris@att.net> |
| **Cc:** | <cjdiven@VERIZON.NET>; <divenlawoffice@verizon.net> |
| **Sent:** | Thursday, May 25, 2006 10:00 AM |
| **Attach:** | ATT00577.eml |
| **Subject:** | URGENT Fwd: 4th REQUEST -Fwd: JUNE 17th meeting |

Chris:

We really want an appointment to come down or for you to come out.
You told us on our once Yearly Conversation to advise you yet we are anxiously awaiting your advise. We have absolutely no problem coming down or conversely you coming up but something has to be finalized.

Call CJ-914.403.5517 if you like

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.7.1/347 - Release Date: 5/24/2006

## Christina Lopez

| | |
|---|---|
| **From:** | <CHRISTMASDECO@aol.com> |
| **To:** | <chris.chagaris@att.net> |
| **Cc:** | <divenlawoffice@verizon.net>; <cjdiven@VERIZON.NET> |
| **Sent:** | Friday, May 26, 2006 12:06 PM |
| **Attach:** | ATT00566.eml |
| **Subject:** | Fwd: URGENT Fwd: 4th REQUEST -Fwd: JUNE 17th meeting |

Chris:

Just give us 2 dates to choose & how you want to proceed-either fly up or we will fly down
It's about time we met & review what's going on face to face.  You agreed when we spoke in April this would be good idea.

How long will it take for you to advise us so we can plan adequately.

Have a nice weekend

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.7.1/348 - Release Date: 5/25/2006

Subj: **Re: URGENT Fwd: 4th REQUEST -Fwd: JUNE 17th meeting**
Date: 5/26/2006 10:28:48 A.M. Eastern Standard Time
From: chris.chagaris@att.net
To: CHRISTMASDECO@aol.com

cannot make 17th. will be out of town. I will get back to you next week with dates.

---------- Original message from CHRISTMASDECO@aol.com: ----------

Chris:

We really want an appointment to come down or for you to come out.
You told us on our once Yearly Conversation to advise you yet we are anxiously
awaiting your advise. We have absolutely no problem coming down or conversely
you coming up but something has to be finalized.

Call CJ-914.403.5517 if you like


From: CHRISTMASDECO@aol.com
To: chris.chagaris@att.net
Cc: cjdiven@VERIZON.NET, divenlawoffice@verizon.net
Subject: URGENT Fwd: 4th REQUEST -Fwd: JUNE 17th meeting
Date: Thu, 25 May 2006 14:00:12 +0000
Content-Type: Multipart/mixed;
boundary="NextPart_Webmail_9m3u9jl4l_17553_1148653699_2"


Return-path: <CHRISTMASDECO@aol.com>
From: CHRISTMASDECO@aol.com
Full-name: CHRISTMASDECO
Message-ID: <390.38cc4e7.31a5de7d@aol.com>
Date: Wed, 24 May 2006 12:06:21 EDT
Subject: 3rd REQUEST -Fwd: JUNE 17th meeting
To: chris.chagaris@att.net
CC: divenlawoffice@verizon.net, cjdiven@VERIZON.NET
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="part2_228.ac3c743.31a5de7d_boundary"
X-Mailer: 9.0 Security Edition for Windows sub 5301


Chris:

**PLEASE ADVISE- IF NOT GOOD- ADVISE A SUITABLE DATE??????????????????**


Return-path: <CHRISTMASDECO@aol.com>
From: CHRISTMASDECO@aol.com
Full-name: CHRISTMASDECO
Message-ID: <472.bf9335.319f4e85@aol.com>
Date: Fri, 19 May 2006 12:38:29 EDT
Subject: Fwd: JUNE 17th meeting
To: chris.chagaris@att.net
CC: divenlawoffice@verizon.net, cjdiven@VERIZON.NET
MIME-Version: 1.0