# Exhibit C

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <divenlawoffice@verizon.net>; <Cjdiven@aol.com>
**Sent:** Wednesday, June 07, 2006 2:06 PM
**Attach:** ATT00537.eml
**Subject:** Fwd: URGENT Fwd: 4th REQUEST -Fwd: JUNE 17th meeting

Chris:

We want to get together to discuss the lawsuit. We have extended you the courtesy of choosing to fly up or for us to fly down. We have decided on a weekend would be best suited due to North Carolina law not giving you proper time to get your affairs in order.
We have been sending you this with the only response from you thus far is June 17 you are not available.
Can you please look at your calendar and give us some advise

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.8.2/357 - Release Date: 6/6/2006

# Christina Lopez

| | |
|---|---|
| From: | <CHRISTMASDECO@aol.com> |
| To: | <divenlawoffice@verizon.net> |
| Cc: | <Cjdiven@aol.com> |
| Sent: | Thursday, June 08, 2006 10:33 AM |
| Attach: | ATT00531.eml |
| Subject: | Fwd: URGENT Fwd: 4th REQUEST -Fwd: JUNE 17th meeting |

none of these dates r good

it must be on a Saturday! as North Carolina law doesn't give u time to prepare for anything & this gives Chagaris opportunity to CANCEL!! he agreed to a Saturday but has not given us a date.
I have never seen the letter u claim to have written him concerning appointment in June
irrespective of me sending you the airline & schedule. US Air is available all Saturdays with a multitude of flights!!~
I don't care if he flies up or we fly down- his call

With the exception of my constant emails to him I have not seen any follow up letter by you

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.8.3/358 - Release Date: 6/7/2006