# Exhibit E

(TUE)JUN 13 2006 15:07/ST. 15:05/No. 6810120249 P 2

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

June 13th, 2006

Chris Chagaris
Chagaris Law Firm, P.A.
PO Box 1408
Davidson, NC 28306

*By Fax (704) 894-9673*

          Re:    KA Holdings Inc v
                    Hawthorne Mills

Dear Mr Chagaris:

    I am writing to provide dates for you to travel to New York to meet with the principles of the client. They are very anxious to get a handle on this matter. I propose July 8th & 9th or July 22nd & 23rd as same as available for both me and the officers.

    Please advise as to which dates are most convenient for you. This office will make all of the travel arrangements on your behalf.

    Thank you.

Sincerely,

*Charles Diven/nf*

Charles J. Diven, Jr., Esq.

CJD/nf

cc:    *Carl Mancini by Fax*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

# THE CHAGARIS LAW FIRM, P.A.

-ATTORNEYS AT LAW-
POST OFFICE BOX 1408
DAVIDSON, NORTH CAROLINA 28036
TELEPHONE (704) 894-9672
FACSIMILE (704) 894-9673
chris.chagaris@att.net

| Send to: C. J. Diven, Jr. | From: Renae Powers |
|---|---|
| Date: June 15, 2006 | |
| Re: KA Holdings/Carl Mancini | |
| Fax number: 914-455-2945 | |

Total pages, including cover: 1

**Comments:**

Our office received your fax dated June 13; however, Mr. Chagaris is out of town on vacation this week.