# Exhibit G

# THE CHAGARIS LAW FIRM, P.A.

ATTORNEYS AT LAW

POST OFFICE BOX 1408
DAVIDSON, NORTH CAROLINA 28036
TELEPHONE (704) 894-9672
TELECOPIER (704) 894-9673

## FAX TRANSMISSION COVER SHEET

**Date:** June 30, 2006

**To:** CJ Diven, Jr

**Fax:** (914) 455-2945

**Re:** Answer, Counterclaim, Motions for Appropriate Relief

**Sender:** Chris Chagaris

YOU SHOULD RECEIVE 17 PAGE(S), INCLUDING THIS COVER SHEET.
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (704) 892-1699.

This facsimile is confidential. It may contain attorney privileged information. If you receive this in error, please destroy and contact our office. Use or dissemination of the information contained in this facsimile is a violation of privacy rights and may subject you to a civil penalty.

**MESSAGE:**

Mr. Chagaris will call you on Monday.