# Exhibit J

## Christina Lopez

**From:** <chris.chagaris@att.net>
**To:** "Christina Lopez" <divenlawoffice@verizon.net>
**Cc:** "Bruce" <CALART100@aol.com>
**Sent:** Tuesday, September 19, 2006 2:04 PM
**Subject:** Re: KA Holdings

Mr. Chagaris was called to court. He informed me that he will let you know on wed when he can reschedule.

Renae Powers

> --------------- Original message from "Christina Lopez" <divenlawoffice@verizon.net>: ------------
>
> How about the 19th at 3:00 p.m.?
>
>> ----- Original Message -----
>> From: chris.chagaris@att.net
>> To: Christina Lopez
>> Sent: Thursday, September 14, 2006 10:55 AM
>> Subject: Re: KA Holdings
>>
>> 19th
>>
>>> --------------- Original message from "Christina Lopez" <divenlawoffice@verizon.net>:
>>> ---------------
>>>
>>> Mr. Chagaris-
>>>
>>> Mr. Diven is available for a conference call September 15th, 19th or 22nd. Please let me know which of these dates works for you.
>>>
>>> Christina
>>
>> Internal Virus Database is out-of-date.
>> Checked by AVG Free Edition.
>> Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006