# Exhibit K

## Christina Lopez

**From:**      <CHRISTMASDECO@aol.com>
**To:**        <chris.chagaris@att.net>
**Cc:**        <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:**      Wednesday, September 27, 2006 11:46 AM
**Subject:**   CONFERENCE CALL

Chirs:
This is VERY DISTURBING you cancel a conference call for 9-19 supposed to reschedule on 9-20 and you are out of touch- no email - no return phone call????????????
We have been trying to confirm a face to face appointment with you since April - have given you several dates. You basically keep promising to make a date but can't seem to come up with one.-THIS IS 6 MONTHS LATER AND I CAN'T ARRANGE A MEETING WITH THE ATTORNEY WHO HAS BEEN HANDLING MY CASE- I AM EXTREMELY UPSET AT THIS TIME AS WE HAVE PHONE CONVERSATIONS BUT IMPOSSIBLE TO GET ANY CONTINUITY IN FOLLOWING THEM UP

Please confirm if those transcripts were mailed as I have no copy and advise a suitable time to speak to you

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

**From:**     <CALART100@aol.com>
**To:**       <divenlawoffice@verizon.net>; <clopez818@verizon.net>
**Sent:**     Wednesday, September 27, 2006 4:27 PM
**Subject:**  Chagaris

Please call to see if he mailed out transcripts- give him your Federal Express # if he didn't

Also set up conference call

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

| | |
|---|---|
| **From:** | <CHRISTMASDECO@aol.com> |
| **To:** | <chris.chagaris@att.net> |
| **Cc:** | <divenlawoffice@verizon.net>; <Cjdiven@aol.com> |
| **Sent:** | Wednesday, September 27, 2006 4:32 PM |
| **Subject:** | transcripts etc-URGENT |

As per conversation today at 4:30PM you will get back to us concerning if the transcripts are coming to us??/& also about a conference call. You were in a hearing and could not talk

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

08/10/2007  16:28     1201487087                    NORBEN IMPORT                          PAGE  03/17

Page 1 of 1

Subj:     **Re: transcripts etc-URGENT**
Date:     9/28/2006 10:25:14 A.M. Eastern Standard Time
From:     chris.chagaris@att.net
To:       CHRISTMASDECO@aol.com

going out transcript


----------- Original message from CHRISTMASDECO@aol.com: --------------

As per conversation today at 4:30PM you will get back to us concerning if the transcripts are coming to us??/& also about a conference call. You were in a hearing and could not talk

## Christina Lopez

**From:**     <chris.chagaris@att.net>
**To:**       <CHRISTMASDECO@aol.com>
**Sent:**     Thursday, September 28, 2006 10:25 AM
**Subject:**  Re: transcripts etc-URGENT

going out transcript


-------------- Original message from CHRISTMASDECO@aol.com: --------------

As per conversation today at 4:30PM you will get back to us concerning if the transcripts are coming to
us??/& also about a conference call. You were in a hearing and could not talk