# Exhibit N

# CHARLES J. DIVEN, JR., ESQ.
ATTORNEY AT LAW

October 13th, 2006

Chagaris Law Firm, PA.
P.O. Box 1408
Davidson, NC  28036

*By Fax 704-894-9673 and certified mail*

                                                            Re:   **KA v Hawthorne Mills**

Dear Mr. Chagaris,

      I have reviewed the transcripts forwarded from the 2nd action. I am, however, still in need of the transcripts from the appearance in the first matter when summary Judgment was granted. Kindly forward same at your earliest convenience or, in the alternate, provide the date of the appearance so that we can contact the Court reporter directly and obtain a copy of same.

      I also need to confirm a date when we can have a conference call as it's been almost a month since you cancelled our last appointment. Our client is, at this point, irate as there remain many unsettled issues that must be addressed.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:     *Carl Mancini by fax*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone: (914) 455-2909

P. 1

| TRANSMISSION REPORT |

```
                                        (FRI) OCT 13 2006 12:10
                                        9144552945

ACCOUNT NAME    :                       DOCUMENT#    : 6810120-667
DESTINATION     : NORBEN                TIME STORED  : OCT 13 12:08
DEST.NUMBER     : 12014870787           TIME SENT    : OCT 13 12:08
                                        DURATION     : 1min, 55sec
F-CODE          :                       MODE         : G3


PAGES           : 2 sheets
RESULT          : OK
```

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

2649 Strang Blvd., Suite 104
Yorktown Heights, NY 10598
Telephone (914) 455-2909
Fax (914) 455-2945

---

### CONFIDENTIALITY NOTICE

THIS TRANSMISSION CONTAINS CONFIDENTIAL AND LEGALLY PRIVILEGED MATERIAL INTENDED SOLELY FOR THE ADDRESSEE(S) NOTED BELOW. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THE MATERIAL CONTAINED IN THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE (WE WILL ACCEPT COLLECT CALLS OUTSIDE OF THE (914) AREA CODE) AND RETURN THE ORIGINAL TO THIS OFFICE AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

---

DATE: 10-13-06

TO: BRUCE

FROM: CJ

FAX #:

RE:

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

2649 Strang Blvd., Suite 104
Yorktown Heights, NY 10598
Telephone (914) 455-2909
Fax (914) 455-2945

### CONFIDENTIALITY NOTICE

THIS TRANSMISSION CONTAINS CONFIDENTIAL AND LEGALLY PRIVILEGED MATERIAL INTENDED SOLELY FOR THE ADDRESSEE(S) NOTED BELOW. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THE MATERIAL CONTAINED IN THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE (WE WILL ACCEPT COLLECT CALLS OUTSIDE OF THE (914) AREA CODE) AND RETURN THE ORIGINAL TO THIS OFFICE AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

DATE: 10.13.06

TO: BRUCE

FROM: CJ

FAX #:

RE:

This fax contains 2 pages (including this cover sheet). If you experience any problem in receiving this transmission, please notify this office immediately at (914) 455-2909.

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

2649 Strang Blvd., Suite 104
Yorktown Heights, NY 10598
Telephone (914) 455-2909
Fax (914) 455-2945

---

## CONFIDENTIALITY NOTICE

THIS TRANSMISSION CONTAINS CONFIDENTIAL AND LEGALLY PRIVILEGED MATERIAL INTENDED SOLELY FOR THE ADDRESSEE(S) NOTED BELOW. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THE MATERIAL CONTAINED IN THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE (WE WILL ACCEPT COLLECT CALLS OUTSIDE OF THE (914) AREA CODE) AND RETURN THE ORIGINAL TO THIS OFFICE AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

---

DATE: 10.13.06

TO: Chris Anagnus

FROM: CJ Diven

FAX #: 704-894-9673

RE: KA v Hawthorne

This fax contains 2 pages (including this cover sheet). If you experience any problem in receiving this transmission, please notify this office immediately at (914) 455-2909.

P. 1

| TRANSMISSION REPORT | |
|---|---|

(FRI) OCT 13 2006 12:11
9144552945

```
ACCOUNT NAME    :                          DOCUMENT#    : 6810120-668
DESTINATION     : 17048949673              TIME STORED  : OCT 13 12:08
DEST.NUMBER     : 17048949673              TIME SENT    : OCT 13 12:10
                                           DURATION     : 35sec
F-CODE          :                          MODE         : ECM


PAGES           : 2 sheets
RESULT          : OK
```

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

2649 Strang Blvd., Suite 104
Yorktown Heights, NY 10598
Telephone (914) 455-2909
Fax (914) 455-2945

### CONFIDENTIALITY NOTICE

THIS TRANSMISSION CONTAINS CONFIDENTIAL AND LEGALLY PRIVILEGED MATERIAL INTENDED SOLELY FOR THE ADDRESSEE(S) NOTED BELOW. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THE MATERIAL CONTAINED IN THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE (WE WILL ACCEPT COLLECT CALLS OUTSIDE OF THE (914) AREA CODE) AND RETURN THE ORIGINAL TO THIS OFFICE AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

DATE: 10·13·06

TO: Chris Chagaris

FROM: CJ Diven

FAX #: 704-894-9673

RE: KA v Hawthorne