# Exhibit P

## Christina Lopez

**From:**      <chris.chagaris@att.net>
**To:**        <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:**      Tuesday, October 31, 2006 2:26 PM
**Subject:**   Ka Holdings

Cj are you available wed or thurs afternoon after 3 for a quick update?  I am screwed today and both mornings with fed crt.

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

# Christina Lopez

**From:**      "Christina Lopez" <divenlawoffice@verizon.net>
**To:**        <chris.chagaris@att.net>
**Sent:**      Wednesday, November 01, 2006 8:18 AM
**Subject:**   Re: Ka Holdings

Chris-

4:00 today is fine for me. Are you going to call me?

----- Original Message -----
**From:** chris.chagaris@att.net
**To:** Cjdiven@aol.com ; divenlawoffice@verizon.net
**Sent:** Tuesday, October 31, 2006 1:26 PM
**Subject:** Ka Holdings

Cj are you available wed or thurs afternoon after 3 for a quick update?  I am screwed today and both mornings with fed crt.

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

ATTN: BRUCE

11/1/2006

P. 1

```
┌─────────────────────────────────┐
│ TR ANSMISSION  REPORT           │
└─────────────────────────────────┘
```

(WED) NOV  1 2006  8:14
9144552945

```
ACCOUNT  NAME   :
DESTINA TION    : NORBEN
DEST. NU MBER   : 12014870787

F-CODE          :


PAGES           : 1 sheets
RESULT          : OK
```

```
DOCUMENT#       : 6810120-721
TIME STORED     : NOV  1  8:13
TIME SENT       : NOV  1  8:13
DURATION        : 56sec
MODE            : G3
```

Page 1 of 1

## Christina Lopez

| | |
|---|---|
| **From:** | "Christina Lopez" <divenlawoffice@verizon.net> |
| **To:** | <chris.chagaris@att.net> |
| **Sent:** | Wednesday, November 01, 2006 8:18 AM |
| **Subject:** | Re: Ka Holdings |

Chris-

4:00 today is fine for me. Are you going to call me?

---

> ----- Original Message -----
> **From:** chris.chagaris@att.net
> **To:** Cjdiven@aol.com ; divenlawoffice@verizon.net
> **Sent:** Tuesday, October 31, 2006 1:26 PM
> **Subject:** Ka Holdings

Cj are you available wed or thurs afternoon after 3 for a quick update?  I am screwed today and both mornings with fed crt.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

| | |
|---|---|
| From: | <CALART100@aol.com> |
| To: | <Cjdiven@aol.com> |
| Cc: | <divenlawoffice@verizon.net> |
| Sent: | Friday, November 03, 2006 4:58 PM |
| Subject: | Chagaris |

CJ:

u told me Chris called & will be calling u Monday in order for us to get transcript

i would have Christina Follow up with Chris secretary Renae via email that this will occur

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

| | |
|---|---|
| **From:** | <CHRISTMASDECO@aol.com> |
| **To:** | <renae.powers@att.net> |
| **C c:** | <chris.chagaris@att.net>; <divenlawoffice@verizon.net>; <Cjdiven@aol.com> |
| **Sent:** | Monday, November 06, 2006 3:02 PM |
| **Subject:** | lawsuit |

Hi Renae:

Just a follow up.

I have letter that was sent to Chris dated Oct 13th,2006.  It advises that we need the original transcripts from the first matter when summary Judgment was granted.

It was my understanding Chris called CJ Divens office confirming that you have ordered this transcript.

He was also to advise who it was ordered with so we could also possibly follow up if we do not get shortly.  This transcript is very important for us to review as soon as possible.

It is also my understanding that Chris and CJ will talk every week in order to get this back on track.

If I have misunderstood anything pleases advise me as I am quite anxious to get this matter
resolved as it is approaching 5 years that a trustee is holding close to $1 Million $'s or more.
We also have a party occupying this facility with no deed and who didn't fulfill the terms of the contract..  We
also have another attorney who surrendered a $50,000 deposit without advising us in the proper time frame.


Thanking you in advance


Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

08/18/2007  16:28    1201487087                    NORBEN IMPORT                    PAGE  14/17

Return-path: <CHRISTMASDECO@aol.com>
From: CHRISTMASDECO@aol.com
Full-name: CHRISTMASDECO
Message-ID: <c3e.8824abe.3280e0ad@aol.com>
Date: Mon, 6 Nov 2006 14:02:05 EST
Subject: lawsuit
To: renae.powers@att.net
CC: chris.chagaris@att.net, divenlawoffice@verizon.net, Cjdiven@aol.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="-------------------------1162839725"
X-Mailer: 9.0 Security Edition for Windows sub 5331


Hi Renae:

Just a follow up.

I have letter that was sent to Chris dated Oct 13th,2006.  It advises that we need the original transcripts from
the first matter when summary Judgment was granted.

It was my understanding Chris called CJ Divens office confirming that you have ordered this transcript.

He was also to advise who it was ordered with so we could also possibly follow up if we do not get shortly.  This
transcript is very important for us to review as soon as possible.

It is also my understanding that Chris and CJ will talk every week in order to get this back on track.

If I have misunderstood anything pleases advise me as I am quite anxious to get this matter
resolved as it is approaching 5 years that a trustee is holding close to $1 Million $'s or more.
We also have a party occupying this facility with no deed and who didn't fulfill the terms of the contract..  We
also have another attorney who surrendered a $50,000 deposit without advising us in the proper time frame.


Thanking you in advance

## Christina Lopez

| | |
|---|---|
| **From:** | <renae.powers@att.net> |
| **To:** | <CHRISTMASDECO@aol.com> |
| **Sent:** | Tuesday, November 07, 2006 10:21 AM |
| **Subject:** | Re: lawsuit |

Mr. Chagaris is tied up with three funerals this week and will be leaving town Thursday.  I'm sure he will be in touch with you sometime next week.

--
Renae H. Powers
The Chagaris Law Firm, P. A.
Post Office Box 1408
Davidson, North Carolina 28036
Phone: 704-894-9672
Fax: 704-894-9673

-------------- Original message from CHRISTMASDECO@aol.com: --------------

Hi Renae:

Just a follow up.

I have letter that was sent to Chris dated Oct 13th,2006.  It advises that we need the original transcripts from the first matter when summary Judgment was granted.

It was my understanding Chris called CJ Divens office confirming that you have ordered this transcript.

He was also to advise who it was ordered with so we could also possibly follow up if we do not get shortly.  This transcript is very important for us to review as soon as possible.

It is also my understanding that Chris and CJ will talk every week in order to get this back on track.

If I have misunderstood anything pleases advise me as I am quite anxious to get this matter
resolved as it is approaching 5 years that a trustee is holding close to $1 Million $'s or more.
We also have a party occupying this facility with no deed and who didn't fulfill the terms of the contract..
We also have another attorney who surrendered a $50,000 deposit without advising us in the proper time frame.


Thanking you in advance

## Christina Lopez

**From:**       <CHRISTMASDECO@aol.com>
**To:**         <renae.powers@att.net>
**Cc:**         <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:**       Tuesday, November 07, 2006 10:50 AM
**Attach:**     ATT00304.eml
**Subject:**    Fwd: lawsuit

Renae:

Sorry to hear Chris has to be attending funerals.

Hopefully we will hear from him the beginning of next week as this information is critical.
CJ Diven is of the understanding it has been ordered from his last conversation with Chris and hopefully that is
the case.

Thanks for keeping us posted.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

# Exhibit Q

Date: Thu, 9 Nov 2006 15:46:44 EST
Subject: Fwd: invoice
To: chris.chagaris@att.net
CC: Cjdiven@aol.com
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="part2_c72.5296d5a.3284edb4_boundary"
X—Mailer: 9.0 Security Edition for Windows sub 5331


HAVE DOWNLOADED YOUR INVOICE FOR REVIEW.  ALL CORRESPONDENCE SHOULD GO TO CJ
DIVEN ESQ AS HE REVIEWS EVERYTHING & THEN I EITHER PICK UP AT HIS OFFICE OR HE SENDS
TO ME.
PLEASE KEEP ME POSTED VIA EMAIL IF ANYTHING IS BEING MAILED TO ME

**PLEASE ADVISE CONCERNING THE TRANSCRIPT FROM LETTER OF OCTOBER 13TH.**

RENAE HAS BEEN VERY HELPFUL. AND HOPEFULLY SHE CAN GET US THIS TRANSCRIPT OR ADVISE
WHERE TO OBTAIN IT.
MY UNDERSTANDING IS THIS WAS REVIEW WITH CJ AND YOU WILL BE HANDLING FOR US?




Return-Path: <chris.chagaris@att.net>
Received: from  rly-mb01.mail.aol.com (rly-mb01.mail.aol.com [172.20.118.137]) by air-mb03.mail.aol.com
(v114.2) with ESMTP id MAILINMB33-c0455381d43bc; Thu, 09 Nov 2006 14:31:29 -0500
Received: from  mtiwmhc11.worldnet.att.net (mtiwmhc11.worldnet.att.net [204.127.131.115]) by rly-
mb01.mail.aol.com (v114.2) with ESMTP id MAILRELAYINMB12-c0455381d43bc; Thu, 09 Nov 2006 14:30:29
-0500
Received: from mwebmail36.att.net ([204.127.135.75])
      by worldnet.att.net (mtiwmhc11) with SMTP
      id <20061109193028111110091qlae>; Thu, 9 Nov 2006 19:30:28 +0000
Received: from [12.101.92.15] by mwebmail36.att.net;
      Thu, 09 Nov 2006 19:30:28 +0000
From: chris.chagaris@att.net
To: CHRISTMASDECO@aol.com
Subject: invoice
Date: Thu, 09 Nov 2006 19:30:28 +0000
Message-Id:
<110920061930.21802.455381CE0001B5710000552A21604666489C079D0E090E080CD29C079D080C@att.n
X-Mailer: AT&T Message Center Version 1 (Jul 31 2006)
X-Authenticated-Sender: Y2hyaXMuY2hhZ2FyaXNAYXR0Lm5ldA==
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="NextPart_Webmail_9m3u9jl4l_21802_1163100628_0"
X-AOL-IP: 204.127.131.115


Renae was not sure we have a good address for you.  attached is an invoice we sent last week.


|------------ Original message from CHRISTMASDECO@aol.com: ------------

Hi Renae:

Just a follow up.

I have letter that was sent to Chris dated Oct 13th,2006.  It advises that we need the original
transcripts from the first matter when summary Judgment was granted.

It was my understanding Chris called CJ Divens office confirming that you have ordered this transcript.

He was also to advise who it was ordered with so we could also possibly follow up if we do not get shortly. This transcript is very important for us to review as soon as possible.

It is also my understanding that Chris and CJ will talk every week in order to get this back on track.

If I have misunderstood anything pleases advise me as I am quite anxious to get this matter resolved as it is approaching 5 years that a trustee is holding close to $1 Million $'s or more. We also have a party occupying this facility with no deed and who didn't fulfill the terms of the contract.. We also have another attorney who surrendered a $50,000 deposit without advising us in the proper time frame.


Thanking you in advance

---NextPart_Webmail_9m3u9jl4l_21802_1163100628_1--

## Christina Lopez

**From:**     <chris.chagaris@att.net>
**To:**        <CHRISTMASDECO@aol.com>
**Sent:**     Thursday, November 09, 2006 3:30 PM
**Attach:**   Billing Statement 11-06.doc; Detail Billing11-06.doc
**Subject:**  invoice

Renae was not sure we have a good address for you.  attached is an invoice we sent last week.

-------------- Original message from CHRISTMASDECO@aol.com: --------------

Hi Renae:

Just a follow up.

I have letter that was sent to Chris dated Oct 13th,2006.  It advises that we need the original transcripts from the first matter when summary Judgment was granted.

It was my understanding Chris called CJ Divens office confirming that you have ordered this transcript.

He was also to advise who it was ordered with so we could also possibly follow up if we do not get shortly.  This transcript is very important for us to review as soon as possible.

It is also my understanding that Chris and CJ will talk every week in order to get this back on track.

If I have misunderstood anything pleases advise me as I am quite anxious to get this matter resolved as it is approaching 5 years that a trustee is holding close to $1 Million $'s or more.
We also have a party occupying this facility with no deed and who didn't fulfill the terms of the contract..
We also have another attorney who surrendered a $50,000 deposit without advising us in the proper time frame.

Thanking you in advance

Subj:  **Re: Fwd: invoice**
Date:  11/15/2006 8:52:15 A.M. Eastern Standard Time
From:  chris.chagaris@att.net
To:    CHRISTMASDECO@aol.com

We have ordered the SJ transcript. I will try to catch CJ late this afternoon. I am on my way today to Federal Court and have no idea when it will end.

――――― Original message from CHRISTMASDECO@aol.com: ―――――

Hi Renae:

I have received no answer concerning the transcript referenced in CJ's Oct 13th letter.
Hopefully it has been ordered from the court and on the way to us? In retrospect we should have has a copy of this transcript after the hearing.
I can't seem to get this question answered??

CJ was supposed to talk to Chris at 3:00PM yesterday? CJ received no phone call he is aware of and I checked with his office staff.
He left several messages yesterday and as of this email has not heard from Chris.

I have been involved with Chris in this litigation since Dec 2002?

I would like an etymology from Chris as to how he see's this case has progressed and where it is going. I am the client and have no idea what is happening. It would be helpful if he could put something in writing.
Also why we can't meet at a time of his choosing at our expense is still baffling to me.

From reading the last transcript it seems I will be receiving a bill for opposing attny Mr. Morrisons time and the court has inferred of a scurrilous relationship between Chris and ourselves and also the court which can't be further from the truth.
I have invested $20,000 in an AAA arbitration proceeding and was simply trying to perfect our judgment etc.
It has now been turned around in the court's eyes and we are city slickers taking advantage of poor Mr Thompson!!!!!! This is 4 years later and over a Million $'s is sitting in some escrow account for the sale of the property which he has been in possession of. Also let's not forget the fact that the previous attorney Mr McGrath released the escrow funds without advising us in a timely manner. He has confirmed that in writing.

I doubt you can understand our frustration although you might sense it.


From:  CHRISTMASDECO@aol.com
To:    renae.powers@att.net
Cc:    chris.chagaris@att.net, Cjdiven@aol.com
Subject:  Fwd: invoice
Date:  Tue, 14 Nov 2006 19:39:37 +0000
Content-Type: Multipart/mixed;
boundary="NextPart_Webmail_9m3u9jl4l_5615_1163598692_2"


Return-path: <CHRISTMASDECO@aol.com>
From: CHRISTMASDECO@aol.com
Full-name: CHRISTMASDECO
Message-ID: <d0d.174e326.3284edb4@aol.com>

## Christina Lopez

**From:** "Christina Lopez" <clopez818@verizon.net>
**To:** "Bruce" <CALART100@aol.com>
**Sent:** Thursday, November 16, 2006 1:04 PM
**Subject:** Chagaris Called

Hi Bruce-

The SJ report means Summary of Judgement. Also, Chagaris said that he spoke with the court reporter regarding KA v Hawthorne Mills. The transcript would easily cost between $1500-$2000. He said it could be done, but he wasn't sure if you wanted to do it.

~Lucille

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

November 17th, 2006

Chagaris Law Firm, PA.
P.O. Box 1408
Davidson, NC  28036
Attn: Christopher Chagaris

*By Fax only 704-894-9673*

**Re:    KA Holdings v Mancini**

Mr. Chagaris:

As per your phone message yesterday regarding the Summary Judgment transcript
for the above referenced matter, please do go ahead and order it. Also, please inform me
of the name of the court reporter who handled this matter so proper payment can be
submitted.

Thank you.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/ld

## Christina Lopez

**From:**       <CHRISTMASDECO@aol.com>
**To:**         <renae.powers@att.net>
**Cc:**         <chris.chagaris@att.net>; <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:**       Sunday, November 19, 2006 3:50 PM
**Subject:**    URGENT-Transcript/ call between attorneys

Hi  Renae:

#1 .Please advise Chris CJ's cell # is **914-405-5517** as this is how to get in touch with him when he is not in the
office.  I am the client and this phone tag is not working for me.

#2. I was advised the arbitration transcript will cost between $1,500-$2,000 by CJ's office.
Please advise who the transcript is being ordered from and their telephone #
and any other relevant information as to is their a case # or other name this case is referenced to by transcript
company??
Is  their any explanation why it is so expensive??

I will advise as soon as the above is replied to

Thanking you in advance

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

Page 1 of 1

| | |
|---|---|
| Subj: | **Re: URGENT-Transcript/ call between attorneys** |
| Date: | 11/20/2006 11:30:35 A.M. Eastern Standard Time |
| From: | chris.chagaris@att.net |
| To: | CHRISTMASDECO@aol.com |

normal transcripts run 500 to 750. we got a discount on the last one as she had already done it and had it on disk. The costs are based on time and work. The SJ hearing lasted several hours and included a box load of documents. She will have to go to the Court house, review the video of the hearing, transcribe the video and then pull all documents introduced into evidence and then reconcile the video with the documents. Also, I have not received payment on my invoice. When can I expect payment?

--------------- Original message from CHRISTMASDECO@aol.com: ---------------

Hi Renae:

#1.Please advise Chris CJ's cell # is **914-405-5517** as this is how to get in touch with him when he is not in the office. I am the client and this phone tag is not working for me.

#2. I was advised the arbitration transcript will cost between $1,500-$2,000 by CJ's office.
Please advise who the transcript is being ordered from and their telephone #
and any other relevant information as to is their a case # or other name this case is referenced to by transcript company??
Is their any explanation why it is so expensive??

I will advise as soon as the above is replied to

Thanking you in advance

**Subj:**   **Re: Fwd: URGENT-Transcript/ call between attorneys**
**Date:**   11/20/2006 3:53:02 P.M. Eastern Standard Time
**From:**   chris.chagaris@att.net
**To:**     CHRISTMASDECO@aol.com

I had Adkins court reporting give me the quote.  I expect payment by the end of the week.

———————— Original message from CHRISTMASDECO@aol.com: ————————

Please order this transcript. I would prefer to pay $1,500 verse $2,000. It was my understanding they
were already ordered
Please have her transcriber contact CJ office as she might want a deposit.
I have asked for her name and telephone # as I want for my records- thanking you in advance

Your invoice was sent to CJ Diven for his review.  It was my understanding you were
going to stay in constant contact with him yet we are back to playing phone tag.
His # is 914.403.5517- cell. I think he will be back Tuesday.

I personally have no idea what is going on with this case but it seems to get an arbitration award
perfected to the point where we are city slickers and I have no idea what is going on with this case or
where it is going leave something to be said about the communications.
I asked you to send me a recap and asked CJ  for same -As of today I have one big 0
and have 2 attorneys who have submitted invoices


From:  CHRISTMASDECO@aol.com
To:  chris.chagaris@att.net
Cc:  renae.powers@att.net, Cjdiven@aol.com, divenlawoffice@verizon.net
Subject:   Fwd: URGENT-Transcript/ call between attorneys
Date:   Mon, 20 Nov 2006 17:24:47 +0000
Content-Type: Multipart/mixed;
boundary="NextPart_Webmail_9m3u9jl4l_27575_1164055945_2"


Return-Path: <chris.chagaris@att.net>
Received: from  rly-yh06.mx.aol.com (rly-yh06.mail.aol.com [172.18.180.70]) by air-yh01.mail.aol.com (v114.2)
with ESMTP id MAILINYH12-7974561d8073e5; Mon, 20 Nov 2006 11:30:35 -0500
Received: from  mtiwmhc12.worldnet.att.net (mtiwmhc12.worldnet.att.net [204.127.131.116]) by rly-
yh06.mx.aol.com (v114.2) with ESMTP id MAILRELAYINYH69-7974561d8073e5; Mon, 20 Nov 2006 11:29:59 -
0500
Received: from mwebmail09.att.net ([204.127.135.30])
        by worldnet.att.net (mtiwmhc12) with SMTP
        id <20061120162956112003​6d0ae>; Mon, 20 Nov 2006 16:29:56 +0000
Received: from [12.101.92.15] by mwebmail09.att.net;
    Mon, 20 Nov 2006 16:29:55 +0000
From: chris.chagaris@att.net
To: CHRISTMASDECO@aol.com
Subject: Re: URGENT-Transcript/ call between attorneys
Date: Mon, 20 Nov 2006 16:29:55 +0000
Message-Id:
<112020061629.6048.4561D803000137C8000017A021603760219C079D0E090E080CD29C079D080C@att.net>
X-Mailer: AT&T Message Center Version 1 (Jul 31 2006)
X-Authenticated-Sender: Y2hyaXMuY2hhZ2FyaXNAYXNYR0Lm5ldA==
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="NextPart_Webmail_9m3u9jl4l_6048_1164040195_0"
X-AOL-IP: 204.127.131.116

01/02/ 2007  13:21     1201487087          NORBEN IMPORT                    PAGE   03/05

normal transcripts run 500 to 750.  we got a discount on the last one as she had already done it and had it on disk.  The costs are based on time and work.  The SJ hearing lasted several hours and included a box load of documents.  She will have to go to the Court house, review the video of the hearing, transcribe the video and then pull all documents intorduced into evidence and then reconcile the video with the documents.  Also, I have not received payment on my invoice.  When can I expect payment?

------------ Original message from CHRISTMASDECO@aol.com: ------------

Hi Renae:

#1.Please advise Chris CJ's cell # is **914-405-5517** as this is how to get in touch with him when he is not in the office.  I am the client and this phone tag is not working for me.

#2. I was advised the arbitration transcript will cost between $1,500-$2,000 by CJ's office.
Please advise who the transcript is being ordered from and their telephone #
and any other relevant information as to is their a case # or other name this case is referenced to by transcript company??
Is their any explanation why it is so expensive??

I will advise as soon as the above is replied to

Thanking you in advance

## Christina Lopez

**From:**      <CHRISTMASDECO@aol.com>
**To:**        <chris.chagaris@att.net>
**Cc:**        <renae.powers@att.net>; <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:**      Monday, November 20, 2006 1:24 PM
**Attach:**    ATT00247.eml
**Subject:**   Fwd: URGENT-Transcript/ call between attorneys

Please order this transcript.  I would prefer to pay $1,500 verse $2,000. It was my understanding they were already ordered
Please have her transcriber contact CJ office as she might want a deposit.
I have asked for her name and telephone # as I want for my records- thanking you in advance

Your invoice was sent to CJ Diven for his review.  It was my understanding you were
going to stay in constant contact with him yet we are back to playing phone tag.
His # is 914.403.5517- cell. I think he will be back Tuesday.

I personally have no idea what is going on with this case but it seems to get an arbitration award perfected to
the point where we are city slickers and I have no idea what is going on with this case or where it is going leave
something to be said about the communications.
I asked you to send me a recap and asked CJ for same -As of today I have one big 0
and have 2 attorneys who have submitted invoices

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

**From:**     "Christina Lopez" <clopez818@verizon.net>
**To:**       <CALART100@aol.com>
**Sent:**     Monday, November 20, 2006 1:59 PM
**Subject:**  Re: Chagaris Pt. 2

Lucille sent it. She said that's the caption that Chagaris gave her but I think he's just wrong. It's pretty safe to disregard it.

She also sent a fax to Chagaris on Friday telling him to order the transcripts.

----- Original Message -----
**From:** CALART100@aol.com
**To:** clopez818@verizon.net
**Cc:** divenlawoffice@verizon.net
**Sent:** Sunday, November 19, 2006 2:36 PM
**Subject:** Fwd: Chagaris Pt. 2

Hi Christina:

What is this in reference to- can u send me email you are referring to?

Regards,
Bruce

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

| | |
|---|---|
| **From:** | <CHRISTMASDECO@aol.com> |
| **To:** | <chris.chagaris@att.net> |
| **Cc:** | <Cjdiven@aol.com>; <divenlawoffice@verizon.net> |
| **Sent:** | Monday, November 20, 2006 5:07 PM |
| **Attach:** | ATT00233.eml |
| **Subject:** | Fwd: URGENT-Transcript/ call between attorneys |

Chris:

What is the telephone #.

Is Adkins just a court reporting service??  Are there other services available to use
and would like a firm $ amount to get this accomplished

How do you reference this case- is their a  case # and what judge was this before?

I suppose CJ will be in tomorrow and will review invoice with you as you are hardly in contact with me and I
would like to know where we are going with this case as I am totally confused ??
Sorry I am not an attorney and need some help.

I am told by CJ if he can review the findings of the very first arbitration we can figure something out.  I have
been asking for this for weeks.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006