# Exhibit S

**WACHOVIA**

## Business Checking

03   2000001657502   751   130   0   40   4,278

12/01/2006 thru 12/29/2006



REF #0152050220   PAID 12/05   1000.00

WACHOVIA BANK, N.A., ODELL

page 3 of 3