# Exhibit T

## Christina Lopez

| | |
|---|---|
| From: | <CHRISTMASDECO@aol.com> |
| To: | <chris.chagaris@att.net> |
| Cc: | <Cjdiven@aol.com>; <divenlawoffice@verizon.net>; <renae.powers@att.net> |
| Sent: | Monday, December 11, 2006 12:00 PM |
| Attach: | Re_ Transcripts.eml |
| Subject: | Fwd: Transcripts |

Chris:

I sent $1,000 for a transcript?? Did not receive transcript? Did you receive the check?
We believe and are patiently waiting for this transcript. Please advise status.


Your invoice- this has to be gone over with you & CJ as I have no idea of status of case or where it is going or conversations you and CJ have had which appear on the invoice. I have suggested strongly that we set up a meeting face to face at your convenience and at our expense. I have tried to call you myself many times but

Paying invoices in a timely manner is not a problem we have. If you simply would call Hank Wilson I think this will be confirmed.
We would like this matter resolved ASAP

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006