# Exhibit BB

# THE CHAGARIS LAW FIRM, PA
## Attorneys at Law

Post Office Box 1408
Davidson, North Carolina 28036
(704) 894-9672
FAX: (704) 894-9673

RECORD OF SERVICES PROVIDED

To: KA Holdings

Re: Hawthorn Mill

ATTORNEY: Chris Chagaris

BILLING DATE: September 15, 2006

| Date | SERVICE RENDERED | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| 3-24-06 | Final review of Complaint and Summons. Filing with Clerk of Court. Certified mailings to defendants and Sheriff. Email to client. | 4.60 | 225.00 | 1035.00 |
| 6-07-06 | Review Certified mailings returns for Defendants unclaimed. Draft A&P Summons, letter to CSC, Certified Letters and Complaints to Secretary of State for Service of Process. | 2.80 | 225.00 | 630.00 |
| 6-10-06 | Review letters from Secretary of State. Draft Affidavits of Service. Letter to CSC with copies for filing. | 2.10 | 225.00 | 472.50 |
| 6-15-06 | Review letters from Secretary of State and copy of green cards. Letter to CSC with copies for filing. Review letters from CJ | 1.50 | 225.00 | 337.50 |
| 6-15-06 | Review of facsimile from Cj, Facsimile to CJ. | .60 | 225.00 | 135.00 |
| 6-30-06 | Review and calendar Scheduling Order, Review Answer & Counterclaim of Defendants. Legal research of status of KA. Facsimile to CJ. Review letter from Cj | 3.60 | 225.00 | 810.00 |
| 7-05-06 | Draft A&P Summons and letter to CSC | 1.0 | 225.00 | 225.00 |
| 7-24-06 | Review proposed order for Judge Gray. Review file and notes. Letter to Peter Thompson. Facsimile to CJ | 4.20 | 225.00 | 945.00 |
| 7-26-06 | Facsimile to Cj with Complaint | .60 | 225.00 | 135.00 |
| 7-31-06 | Review Order Facsimile to CJ | 1.40 | 225.00 | 315.00 |
| 8-09-06 | Draft Notice of Appeal and CoS. Letter to CSC. | 2.0 | 225.00 | 450.00 |
| 8-24-06 | Order of transcript. Letter to CSC. | 1.20 | 225.00 | 283.50 |
| 9-01-06 to 9-5-06 | Review Transcript of Hearing, notes and file. File transcript with CSC. Review letter from CJ. | 5.10 | 225.00 | 1147.50 |
| 9-14-06 | Draft Reply to Counterclaims and CoS. Letter to CSC | 1.20 | 225.00 | 283.50 |
| | TOTAL | 31.9 | | 7177.50 |

AMOUNT DUE    7177.50