UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KA HOLDINGS OF NEW YORK, LTD. a/k/a KA
HOLDINGS LTD. OF NY a/k/a KA HOLDINGS LTD.,

                       Plaintiff,

      -against-

CHRISTOPHER CHAGARIS,
                Defendant.
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

Case #: 07civ09675

STATE OF NEW YORK, COUNTY OF WESTCHESTER

I, Christina M. Lopez, being duly sworn deposes and says that I am over 18 years of age, not a party to this action, and reside in the County of Westchester, State of New York.

That on the 18th day of June, 2008, on or about 2:00 p.m., I served the Amended Summons and Complaint and Affidavit in Opposition to Defendant's Motion to Dismiss, together with supporting exhibits and supporting documents and the Memorandum of Law of Plaintiff by placing a copy in overnight mail, via DHL – Waybill #: 27803834251 properly addressed to Venturini & Associates, with offices at 230 Park Avenue, Suite 545, New York, New York 10169.

_____
CHRISTINA M. LOPEZ
1297 East Main Street, Apt. 3
Shrub Oak, New York 10588

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF WESTCHESTER  )

    On the 18th day of June, in the year 2007, before me, the undersigned, a Notary Public in and for said State, personally appeared **CHRISTINA M. LOPEZ** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to be that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary

Charles J. Diven Jr.
Notary Public, State of NY
No. 02D16031456
Qualified in Westchester County
Commission Exp. October 4, 20__