VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
(212) 826-6800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KA HOLDINGS OF NEW YORK, LTD.　　　　　　　Case No. 07 Civ. 9675 (SCR) (LMS)
a/k/a KA HOLDINGS LTD OF NY a/k/a
KA HOLDINGS LTD.,

　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　**STIPULATION REGARDING**
　　-against-　　　　　　　　　　　　　　　　　**DEFENDANT'S MOTION TO**
　　　　　　　　　　　　　　　　　　　　　　　　**DISMISS COMPLAINT AND**
CHRISTOPHER CHAGARIS,　　　　　　　　　　　**MOTION TO DISMISS**
　　　　　　　　　　　　　　　　　　　　　　　　**AMENDED COMPLAINT**
　　　　　　　Defendant.
-----------------------------------------------------------x

　　　　**WHEREAS**, Hanfords Creations, LLC ("Hanfords") commenced this action by filing its Verified Complaint dated October 31, 2007; and

　　　　**WHEREAS**, defendant Christopher Chagaris ("Defendant") filed a motion to dismiss the Verified Complaint on March 21, 2008; and

　　　　**WHEREAS**, plaintiff filed an Amended Complaint dated June 17, 2008, which substitutes KA Holdings of New York, Ltd. a/k/a KA Holdings Ltd. of NY a/k/a KA Holdings Ltd. ("Plaintiff"), as the real party in interest, for Hanfords; and

　　　　**WHEREAS**, Defendant's motion to dismiss the Verified Complaint is moot as the Amended Complaint is now the operative pleading; and

　　　　**WHEREAS**, Defendant intends to move to dismiss the Amended Complaint;

　　　　**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for all parties to this action that:

1

1.  Defendant's motion to dismiss the Verified Complaint and Plaintiff's opposition thereto are hereby withdrawn.

2.  The deadline for Defendant to respond to the Amended Complaint is hereby adjourned to and including July 14, 2008.

3.  Plaintiff shall serve and file papers in opposition to any motion by Defendant to dismiss the Amended Complaint by August 4, 2008.

4.  Defendant shall serve and file reply papers in further support of any motion to dismiss the Amended Complaint by August 25, 2008.

5.  This stipulation may be filed with the Court with electronic signatures of counsel.

Dated: New York, New York
       June 25, 2008

| JOHN M. VOELP, ESQ. | VENTURINI & ASSOCIATES |
|---|---|
| By: _____ | By: _____ |
| John M. Voelp | August C. Venturini |
| 8 John Walsh Blvd., Suite 411 | Sean W. Higgins |
| Peekskill, NY 10566 | 230 Park Ave., Suite 545 |
| (914) 739-9500 | New York, NY 10169 |
| *Attorneys for Plaintiff* | (212) 826-6800 |
|  | *Attorneys for Defendant* |

SO ORDERED:

_____
HON. STEPHEN C. ROBINSON, U.S.D.J.
7/1/08

2