| | | |
|---|---|---|
| NORTH CAROLINA | | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION |
| MECKLENBURG COUNTY | | 03 CVS ~~16135~~ /2766 |

KA HOLDINGS OF NEW YORK, INC.   )
                                )
             Plaintiff,    )
                                )  VOLUNTARY DISMISSAL
    v.                          )  (WITHOUT PREJUDICE)
                                )
HAWTHORNE MILL, LLC., et al.   )
                                )
           Defendants.   )



[Filed stamp: MECKLENBURG COUNTY FILED #78, MAR 28 2005, CLERK OF SUPERIOR COURT]

      Please take notice that Plaintiff hereby voluntarily dismisses this action pursuant to Rule 41(a) of the Rules of Civil Procedure without prejudice.

This 28th day of March 2005.

THE CHAGARIS LAW FIRM, PA

/s/ Christopher G. Chagaris

CHRISTOPHER G. CHAGARIS
Post Office Box 1408
Davidson, North Carolina 28036-0217
(704) 252-0787
Attorney for Plaintiff