# NYS Department of State

## Division of Corporations

**Search Results**

Only one entity was found.

**Entity Name**

K.A. HOLDINGS LTD. OF NY

The Entity Name column contains the entity names that were found based on your search criteria. To display information for an entity, tab to the entity name and press the enter key or click on the entity name. To revise your search criteria, tab to Revise Search Criteria and press the enter key or click on Revise Search Criteria. To start a new search, tab to New Search and press the enter key or click on New Search.

Revise Search Criteria    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page