VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
(212) 826-6800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

KA HOLDINGS OF NEW YORK, LTD.
a/k/a KA HOLDINGS LTD OF NY a/k/a
KA HOLDINGS LTD.,

     Plaintiff,

 -against-

CHRISTOPHER CHAGARIS,

     Defendant.
--------------------------------------------------------x

Case No. 07 Civ. 9675 (SCR) (LMS)

**STIPULATION RE: AMENDING BRIEFING SCHEDULE OF DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

 **IT IS HEREBY STIPULATED AND AGREED**, that the Briefing Schedule for Defendant's Motion to Dismiss the Amended Complaint shall be amended as follows: (1) Plaintiff shall serve and file papers in opposition to Defendant's motion by August 25, 2008; (2) Defendant shall serve and file reply papers in further support of its motion by November 12, 2008; and (3) this stipulation may be filed with the Court with electronic signatures of counsel.

Dated: New York, New York
   August 4, 2008

JOHN M. VOELP, ESQ.

By: _____
 John M. Voelp
8 John Walsh Blvd., Suite 411
Peekskill, NY 10566
(914) 739-9500
*Attorneys for Plaintiff*

VENTURINI & ASSOCIATES

By: _____
 August C. Venturini
 Sean W. Higgins
230 Park Ave., Suite 545
New York, NY 10169
(212) 826-6800
*Attorneys for Defendant*

SO ORDERED:

_____
HON. STEPHEN C. ROBINSON, U.S.D.J.
8/21/08