# Exhibit D

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

June 13th, 2006

Chagaris Law Firm, P.A.
PO Box 1408
Davidson, NC 28306
Attn: Chris Chagaris

*By fax 704-894-9673*

                                      Re:    **KA Holdings Inc v**
                                                  **Hawthorne Mills**

Dear Mr Chagaris:

     I am writing to follow up on my letter of last Friday, 07/14/06. Could you please let me know when to expect a copy of the complaint, as requested, in the above referenced matter?

     Thank you.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:    *Carl Mancini by Fax*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

(TUE) JUN 13 2006 15:06/ST. 15:05/No. 6810120249 P 1

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

2649 Strang Blvd., Suite 104
Yorktown Heights, NY 10598
Telephone (914) 455-2909
Fax (914) 455-2945

---

### CONFIDENTIALITY NOTICE

THIS TRANSMISSION CONTAINS CONFIDENTIAL AND LEGALLY PRIVILEGED MATERIAL INTENDED SOLELY FOR THE ADDRESSEE(S) NOTED BELOW. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THE MATERIAL CONTAINED IN THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE (WE WILL ACCEPT COLLECT CALLS OUTSIDE OF THE (914) AREA CODE) AND RETURN THE ORIGINAL TO THIS OFFICE AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

---

DATE: June 13 2006
TO: Chris Chagaris
FROM: CJ Diven
FAX #: 704 894 9673
RE: KA Holdings v Hawthorne mills

cc Carl Mancini

---

This fax contains __2__ pages (including this cover sheet). If you experience any problem in receiving this transmission, please notify this office immediately at (914) 455-2909.