# Exhibit F

FROM 9144052940

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

June 28th, 2006

Chris Chagaris
Chagaris Law Firm, P.A.
PO Box 1408
Davidson, NC 28306

*By Fax (704) 894-9673*

          Re: KA Holdings Inc v
              Hawthorne Mills

Dear Mr Chagaris:

  I am writing to follow up to the letter I sent you on June 13th, 2006, in which I suggested two dates for you to travel to New York to meet with myself and the principles of the client in the above referenced matter. Those dates were July 8th & 9th or July 22nd & 23rd. As you know, these dates are not far off, and we have received no response from you.

  Please advise as to which dates are most convenient for you.

  Thank you.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/nf

cc: *Carl Mancini by Fax*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909