# Exhibit K

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:** Wednesday, September 27, 2006 11:46 AM
**Subject:** CONFERENCE CALL

Chirs:
This is VERY DISTURBING you cancel a conference call for 9-19 supposed to reschedule on 9-20 and you are out of touch- no email - no return phone call?????????????
We have been trying to confirm a face to face appointment with you since April - have given you several dates. You basically keep promising to make a date but can't seem to come up with one.-THIS IS 6 MONTHS LATER AND I CAN'T ARRANGE A MEETING WITH THE ATTORNEY WHO HAS BEEN HANDLING MY CASE- I AM EXTREMELY UPSET AT THIS TIME AS WE HAVE PHONE CONVERSATIONS BUT IMPOSSIBLE TO GET ANY CONTINUITY IN FOLLOWING THEM UP

Please confirm if those transcripts were mailed as I have no copy and advise a suitable time to speak to you

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

# Christina Lopez

**From:** <CALART100@aol.com>
**To:** <divenlawoffice@verizon.net>; <clopez818@verizon.net>
**Sent:** Wednesday, September 27, 2006 4:27 PM
**Subject:** Chagaris

Please call to see if he mailed out transcripts- give him your Federal Express # if he didn't

Also set up conference call

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <divenlawoffice@verizon.net>; <Cjdiven@aol.com>
**Sent:** Wednesday, September 27, 2006 4:32 PM
**Subject:** transcripts etc-URGENT

As per conversation today at 4:30PM you will get back to us concerning if the transcripts are coming to us??/& also about a conference call. You were in a hearing and could not talk

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

Page 1 of 1

Subj:  **Re: transcripts etc-URGENT**
Date:  9/28/2006 10:25:14 A.M. Eastern Standard Time
From:  chris.chagaris@att.net
To:    CHRISTMASDECO@aol.com

going out transcript

------------ Original message from CHRISTMASDECO@aol.com: ---------------

As per conversation today at 4:30PM you will get back to us concerning if the transcripts are coming to us??/& also about a conference call. You were in a hearing and could not talk

### Christina Lopez

| | |
|---|---|
| **From:** | <chris.chagaris@att.net> |
| **To:** | <CHRISTMASDECO@aol.com> |
| **Sent:** | Thursday, September 28, 2006 10:25 AM |
| **Subject:** | Re: transcripts etc-URGENT |

going out transcript



-------------- Original message from CHRISTMASDECO@aol.com: --------------

As per conversation today at 4:30PM you will get back to us concerning if the transcripts are coming to us??/& also about a conference call. You were in a hearing and could not talk