# Exhibit M

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:** Tuesday, October 10, 2006 5:56 PM
**Attach:** Fwd_ transcripts etc-URGENT.eml
**Subject:** conference cal Fwd: transcripts etc-URGENT

CHRIS:
WE NEED TO SET UP A CONFERENCE CALL.!!!!!!!! YOU CANCELLED THE LAST ONE & NEVER RESCHEDULED AS YOU PROMISED. WE CAN DO TOMORROW IF GOOD FOR YO
IF WE DON'T COMMUNICATE BECAUSE YOU CAN'T TAKE THE TIME TO SPEAK TO US-I DON'T WANT TO HEAR A JUDGE CLAIM WE ARE TAKING ADVANTAGE OF YOU AND WE ARE CITY SLICKERS!!!
WHICH IS FAR FROM ACCURATE & SIMPLY WANT TO GET THIS MATTER RESOLVED.

THIS LETTER IS TO SERVE NOTICE TO YOU THAT WE WANT TO FLY YOU UP HERE OR TO FLY DOWN THERE TO DISCUSS THIS CASE WITH YOU,
THIS IS THE 100TH TIME OR MORE WE HAVE OFFERED AND CAN'T GET YOU TO COMMIT TO A DATE.

WE HAVE THINGS WE MUST DISCUSS WITH YOU.

PLEASE CALL CJ 914-403-5517 TO SET UP A TIME

## Christina Lopez

| | |
|---|---|
| From: | <CHRISTMASDECO@aol.com> |
| To: | <chris.chagaris@att.net> |
| Cc: | <Cjdiven@aol.com> |
| Sent: | Thursday, October 12, 2006 12:28 PM |
| Attach: | conference cal Fwd_ transcripts etc-URGENT.eml |
| Subject: | Fwd: conference cal Fwd: transcripts etc-URGENT |

I am not trying to be difficult but you have to give us a hand

Please get in touch with CJ 914.403.5517