# Exhibit O

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**C c:** <Cjdiven@aol.com>; <renae.powers@att.net>; <divenlawoffice@verizon.net>
**Sent:** Friday, October 27, 2006 1:17 PM
**Subject:** to set up an appointment

below is sent 9-28- NO RESPONSE

Chirs:
This is VERY DISTURBING you cancel a conference call for 9-19 supposed to reschedule on 9-20 and you are out of touch- no email - no return phone call?????????????
We have been trying to confirm a face to face appointment with you since April - have given you several dates. You basically keep promising to make a date but can't seem to come up with one.-THIS IS 6 MONTHS LATER AND I CAN'T ARRANGE A MEETING WITH THE ATTORNEY WHO HAS BEEN HANDLING MY CASE- I AM EXTREMELY UPSET AT THIS TIME AS WE HAVE PHONE CONVERSATIONS BUT IMPOSSIBLE TO GET ANY CONTINUITY IN FOLLOWING THEM UP

Please confirm if those transcripts were mailed as I have no copy and advise a suitable time to speak to you

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

October 27th, 2006

*Attn: Bruce*

Chagaris Law Firm, PA.
P.O. Box 1408
Davidson, NC 28036

By Fax 704-894-9673 only

Re: **KA v Hawthorne Mills**

Dear Mr. Chagaris,

    I am writing because I receive an irate call from Carl today. I am concerned that if he doesn't get you on the phone soon, he will take action against you for the non-prosecution of the matter.

    Please call me upon your receipt hereof in an attempt to avoid same.

    Thank you.

Sincerely,


Charles J. Diven, Jr., Esq.


CJD/cl

*06-0157*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598  Telephone: (914) 455-2909

```
                                                                              P. 1
┌─────────────────────────┐
│ TRANSMISSION REPORT     │
└─────────────────────────┘
                                    (MON) OCT 30 2006 15:03
                                    9144552945

ACCOUNT NAME   :                    DOCUMENT#    : 6810120-713
DESTINATION    : NORBEN             TIME STORED  : OCT 30 15:02
DEST. NUMBER   : 12014870787        TIME SENT    : OCT 30 15:02
                                    DURATION     : 56sec
F-CODE         :                    MODE         : G3

PAGES          : 1 sheets
RESULT         : OK
```

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

October 27th, 2006

**Attn: Bruce**

Chagaris Law Firm, PA.
P.O. Box 1408
Davidson, NC 28036

*By Fax 704-894-9673 only*

                         Re:    **KA v Hawthorne Mills**

Dear Mr. Chagaris,

       I am writing because I receive an irate call from Carl today. I am concerned that if he doesn't get you on the phone soon, he will take action against you for the non-prosecution of the matter.

       Please call me upon your receipt hereof in an attempt to avoid same.

       Thank you.

Sincerely,

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <renae.powers@att.net>; <divenlawoffice@verizon.net>; <Cjdiven@aol.com>
**Sent:** Monday, October 30, 2006 4:20 PM
**Subject:** laswsuit

Chris:

Have tried everything to get in touch with you.
It seems this is becoming impossible to accomplish
We are simply trying to contact you to discuss our lawsuit with no return contact being made from you?

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006