# Exhibit R

01/02/2007  13:21    1201487087                    NORBEN IMPORT                            PAGE  04/05

Page 1 of 2

Subj: **Re: Fwd: lawsuit**
Date: 11/27/2006 2:52:47 P.M. Eastern Standard Time
From: chris.chagaris@att.net
To: CHRISTMASDECO@aol.com
CC: Cjdiven@aol.com

Carol has the CD's I have instructed her to hold off until I receive the money in my trust account as I am the one responsible for paying for it.

> ---------- Original message from CHRISTMASDECO@aol.com: ----------
>
> Hi Chris:
>
> **Still trying to figure out the status of this transcript? This email is dated 11/06**
>
> If you read my past emails- I am simply looking for the telephone # and a reference # ? & confirmation it was definitely ordered and being worked on
>
> Have a nice holiday

From: CHRISTMASDECO@aol.com
To: chris.chagaris@att.net
Cc: renae.powers@att.net, Cjdiven@aol.com
Subject: Fwd: lawsuit
Date: Wed, 22 Nov 2006 18:50:42 +0000
Content-Type: Multipart/mixed;
boundary="NextPart_Webmail_9m3u9jl4l_22051_1164657126_2"

Return-path: <CHRISTMASDECO@aol.com>
From: CHRISTMASDECO@aol.com
Full-name: CHRISTMASDECO
Message-ID: <c3e.8824abe.3280e0ad@aol.com>
Date: Mon, 6 Nov 2006 14:02:05 EST
Subject: lawsuit
To: renae.powers@att.net
CC: chris.chagaris@att.net, divenlawoffice@verizon.net, Cjdiven@aol.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="------------------------1162839725"
X-Mailer: 9.0 Security Edition for Windows sub 5331

Hi Renae:

Just a follow up.

I have letter that was sent to Chris dated Oct 13th, 2006. It advises that we need the original transcripts from the first matter when summary Judgment was granted.

It was my understanding Chris called CJ Divens office confirming that you have ordered this transcript.

He was also to advise who it was ordered with so we could also possibly follow up if we do not get shortly. This transcript is very important for us to review as soon as possible.

It is also my understanding that Chris and CJ will talk every week in order to get this back on track.

If I have misunderstood anything pleases advise me as I am quite anxious to get this matter resolved as it is approaching 5 years that a trustee is holding close to $1 Million $'s or more. We also have a party occupying this facility with no deed and who didn't fulfill the terms of the contract. We also have another attorney who surrendered a $50,000 deposit without advising us in the proper time frame.

Thanking you in advance

# Christina Lopez

| | |
|---|---|
| **From:** | <CHRISTMASDECO@aol.com> |
| **To:** | <chris.chagaris@att.net> |
| **Cc:** | <Cjdiven@aol.com>; <divenlawoffice@verizon.net> |
| **Sent:** | Monday, November 27, 2006 4:37 PM |
| **Attach:** | ATT00208.eml |
| **Subject:** | Fwd: lawsuit |

That is why we wanted to be invoiced from the stenography directly.
I have asked you for this phone # many times with no answer

Please send us the invoice for this transcript so we can remit

Your other invoices you will have to discuss with CJ. Have no idea why you haven't made contact yet.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

| | |
|---|---|
| From: | <CHRISTMASDECO@aol.com> |
| To: | <chris.chagaris@att.net> |
| Cc: | <renae.powers@att.net>; <Cjdiven@aol.com>; <divenlawoffice@verizon.net> |
| Sent: | Monday, November 27, 2006 5:38 PM |
| Attach: | ATT00202.eml |
| Subject: | URGENT URGENT Fwd: lawsuit |

Chris:

CJ's office has sent me invoices concerning this lawsuit and you are sending me invoices on this lawsuit.I have noticed that there is duplicity in the bills???

I have asked you to call CJ at 914.403.5517 to get this matter resolved as CJ has assured me he will get this straightened out with you. I have also told him to call you but I know you
are next to impossible to get on PHONE.

In your email- Is Carol? the Stenographer and if so I have asked you for her direct # because with large $ amount involved and I would not expect you to pay for it directly. Nor do I want you to be laying out any $'s on my behalf which you are responsible for paying. That was never my intention.

If you would be kind enough to email or fax CJ's office 914-4552945 an invoice from Carol?- we will pay directly and he will supply her with his Fed Ex #.
He believes he needs this document to discuss with you

As I mentioned before- I have a letter from CJ dated October 13th requesting this transcript.
Hopefully he can get this transcript ASAP for his review.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

4/21/2008

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <renae.powers@att.net>; <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:** Tuesday, November 28, 2006 1:05 PM
**Attach:** ATT00196.eml
**Subject:** Fwd: URGENT URGENT Fwd: lawsuit

Chris:

You haven't even sent an invoice for this transcript as requested. You have refused to advise me the address and phone # of Adkins yet you are demanding payment for an amount of $'s which has never been confirmed and no invoice yet!! I strongly suggest you get this invoice up to CJ asap so it can be paid and be in accordance with your state bar rules. This is for your benefit as well as mine as he feels this will be helpful moving forward. This should have been sent to us after the arbitration 4 years ago. You should have ordered a copy for your records also at that time.

You haven't reviewed your bill with CJ 914.403.5517-cell  914.455.2909 yet are demanding payment. I know he calls you everyday and never gets you as I have insisted that he makes contact with you!

**If I don't receive this transcript this week you don't have to worry about withdrawing from the case you will be dismissed and you will have a very dissatisfied client.**
You have had this request since October 13th and both you attorneys seem to forget I am the client. This may be fun and games for you but I hardly find it amusing.
I also don't find amusing the judges comments in the last matter which was far from accurate!

I have not had a conversation with you for 6 months(last May) as when I do get you on the phone you are always busy and will get back to me and the conversation lasts 10 seconds according to my phone records. This has happened with every phone call 100% of the time.It is impossible at any time to speak to you!!! Its always lets set up a conference that hardly every works out.
You have also been unable to set any time aside for years to meet with me so we can discuss the case in person. I have given you every opportunity at my EXPENSE but you have failed to ever give me a date or time.

Hopefully you will comply with my wishes so we can move forward in a positive manner.
I WOULD THINK GETTING IN TOUCH WITH CJ WOULD BE OF THE HIGHEST PRIORITY

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006

## Christina Lopez

**From:** <CHRISTMASDECO@aol.com>
**To:** <chris.chagaris@att.net>
**Cc:** <renae.powers@att.net>; <Cjdiven@aol.com>; <divenlawoffice@verizon.net>
**Sent:** Tuesday, November 28, 2006 5:59 PM
**Subject:** Transcripts

Chris:

Thank you for making contact with CJ Diven today.
He advised me you would be sending out paper work & transcripts on this lawsuit that he is not familiar with so he can understand & explain to me & advu=ise what is going on?. From what understand from CJ we are missing for whatever reason motions you have filed? I hope he has given you his Fed Ex # to avoid any more unnecessary delays in getting this information.

He also told me to remit $1,000 today for transcripts. This would have gone via DHL
but all we have is a PO Box which they can't deliver mail to. You need a street address so we sent out regular mail today. You should have received a fax copy of the check sent.

A very large amount of $'s owed to us is in escrow we and the interest accruing we should be entitled to but suspect we will never see. **I am still waiting for an accounting on these funds**. This is a 6 year old case and I expect some positive results. I am in the dark as to where we stand!!!! I don't have a clue at this time and I am the client???

## Christina Lopez

**From:** "Christina Lopez" <divenlawoffice@verizon.net>
**To:** "Bruce" <CALART100@aol.com>
**Sent:** Wednesday, November 29, 2006 11:10 AM
**Subject:** Chagaris

Bruce -

Renee just called and asked for our Fed Ex #. Whatever she's sending should be here tomorrow.

## Christina Lopez

| | |
|---|---|
| From: | <CALART100@aol.com> |
| To: | <divenlawoffice@verizon.net> |
| Cc: | <Cjdiven@aol.com> |
| Sent: | Wednesday, November 29, 2006 12:15 PM |
| Attach: | ATT00184.eml |
| Subject: | Fwd: Chagaris |

That sounds positive-tell her regular delivery u don't need b4 10:00AM

Please confirm with me as soon as you get

Please have CJ call me when he gets back to office

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/404 - Release Date: 7/31/2006