# Exhibit S

**WACHOVIA**

**Business Checking**
03   2000001657502   751   130   0   40   4,278

12/01/2006  thru  12/29/2006



REF #0152050220 PAID 12/05    1000.00