# Exhibit U

Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

**From:** CHRISTMASDECO@aol.com
**To:** Cjdiven@aol.com
**Subject:** chagaris Fwd: (no subject)
**Date:** Tue, 2 Jan 2007 10:12 AM

Attached Message
**From:** chris.chagaris@att.net
**To:** CHRISTMASDECO@aol.com
**Subject:** Re: (no subject)
**Date:** Tue, 2 Jan 2007 8:43 AM

1. I sent Cj a package over 8 inches thick documenting all work completed with my invoice.
2. I deposited the check for the transcript as I have told you and CJ that due to the length of the hearing the estimate from the Court reporter is up to $2,500.00. I am responsible for the Court Reporter bill and I have told both of you that I have instructed the Court Reporter to stop when she reached a grand.
3. I have told both of you that the real property has been transferred twice and has a note against it.
4. CJ was to come down but had to cancel.

-------------- Original message from CHRISTMASDECO@aol.com: --------------

December 28, 2006

Dear Mr. Chagaris,

RE: KA Holdings

    As you know we have been trying to establish the status of the various actions that you have been handling for us for almost a year in the last action and years in the other two actions. We acknowledge that you recently forwarded your file. However, the only documents that we have found in the file from the collective actions is the 2006 summons and complaint, the transcript and proposed judgment wherein Thompson implies that you did not prosecute the second action and have no right to maintain the third. We have also learned from your file, for the first time, that there is a trial for scheduled for 2/27/07.

    While growing more and more frustrated, We now have you telling us that you want to be paid before you do anything. We have the check that we paid to you in the amount of $2,500.00 for the summons and complaint and as stated, see nothing else in your file other than that. CJ Diven continues to tell us that you are forwarding a transcript from a court appearance for which we sent you $1,000.00. CJ tells us it will prove that you did the work consistent with the claims in your bill. We still do not have the transcript. This check was sent you with the specific instructions and understanding that the transcript would be sent to us. If this check was cashed by you than we only have to assume that this transcript is on the way to us although over a month has passed.

    Look at it from our point of view, we have written and called you for years with little to

no response. We have little to no idea of the status of any of the three matters. You tell us there is an order in the first and second cases that are not of record, which bind the case…but you have no such order or even the transcripts of the appearance at which the order was delivered.

There is a significant financial claim hanging in the balance. All we ask is that you meet with us in person to explain the status of where we are, your bill and you will be paid for the time that you have expended. We cannot however simply send you money for billed hours when we have been unable to contact you for most of the year. Please respect our request to review your bill. As you know we had planned to come down this week to discuss this matter but never heard back from you that you would be available. We have asked Hank Wilson who recommended you to intervene as a favor to us and ascertain why we cannot set up a meeting.

Sincerely,
John Kulisek