# Exhibit V

Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | CALART100@aol.com |
| **To:** | Cjdiven@aol.com |
| **Subject:** | Fwd: Update |
| **Date:** | Sat, 31 Mar 2007 8:51 AM |
| **Attachments:** | Norris_Adams.vcf (460) |

Call me on this

See what's free at AOL.com.

**Attached Message**
| | |
|---|---|
| From: | NAdams@essexrichards.com |
| To: | CALART100@aol.com |
| Cc: | cjdiven@aol.com |
| Subject: | Update |
| Date: | Fri, 30 Mar 2007 2:34 PM |

Gentlemen:

I have looked into the Notice of Appeal filed by Chagaris. As you know, I
According to the NC Rules of Appellate Procedure as I read them, he had
He then has 14 days from the filing of the Notice of Appeal to arrange for
certification of transcipt (or if no transcription is requested then 35 days fr
party (R. 11). Then, he has 15 days from settlement of the record to file th
for copies) (R. 12). Finally, the parties have 30 days from the date the cler

I checked the NC Court of Appeals docket and your case is not listed.

I also called Chagaris to see if he could fill me in, but as expected, he did not answer.

I then called the NC Court of Appeals and the person I spoke to there looked up your case by party names and by the lower court's case number and informed me that nothing has ever been filed with the Court of Appeals in this matter. She recommended to me that Chagaris likely filed the Notice of Appeal in Meck County, but then never followed through with it with the Court of Appeals.

As you can see from those deadlines I mentioned above, it appears this matter is long past time for any possible appeal.

I'm sorry to bring this news on a Friday, but this is what I've found and I would certainly advise you to get a second opinion.

Regards,

Norris


ESSEX
RICHARDS

Norris A. Adams, II
Attorney at Law
Essex Richards, P.A.
www.essexrichards.com
1701 South Blvd.
Charlotte, NC 28203

(704) 377-4300, Ext. 149
(704) 372-1357 (facsimile)
NAdams@essexrichards.com

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or by calling (704) 377-4300 and delete all copies of the message. Thank you.

IRS CIRCULAR 230 NOTICE

Any advice expressed above as to tax matters was neither written nor intended by the sender or Essex Richards, P.A. to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. If any such tax advice is made to any person or party other than to our client to whom the advice is directed, then the advice expressed above is being delivered to support the promotion or marketing (by a person other than Essex Richards, P.A.) of the transaction or matter discussed or referenced. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

