UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
K.A. HOLDINGS LTD. OF NY a/k/a K.A. HOLDINGS
OF NEW YORK, INC. a/k/a K.A. HOLDINGS OF
NEW YORK, LTD. a/k/a KA HOLDINGS LTD.

                                                         **AFFIDAVIT OF SERVICE**

                         Plaintiff,

-against-

                                                 Case #: 07 civ 9675 (ser)(lms)

CHRISTOPHER CHAGARIS,

                         Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY

I, Christina M. Lopez, being duly sworn deposes and says that I am over 18 years of age, not a party to this action, and reside in the County of Westchester, State of New York.

That on the 8th day of September, 2008, on or about 4:45 p.m., I served the Second Amended Complaint, Memorandum of Law in Opposition of Defendant's Motion to Dismiss and supporting Affidavit of Bruce Adler and supporting documents by faxing a copy of same to August C. Venturini at 212-949-6162.

                                                      */s/ Christina M. Lopez*
                                                    CHRISTINA M. LOPEZ
                                                    1297 East Main Street, Apt. 3
                                                    Shrub Oak, New York 10588

STATE OF NEW YORK        )
                                      ) ss.:
COUNTY OF WESTCHESTER    )

On the 8th day of September, in the year 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared **CHRISTINA M. LOPEZ** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to be that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary

                                                     Charles J. Diven Jr.
                                                Notary Public, State of NY
                                                No. 02DI6031456
                                            Qualified in Westchester County
                                       Commission Exp. October 4, 2009